```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JUAN CARLOS CHAVEZ MOSCAYZA,

                        Plaintiff,

        -against-

HACO-ATLANTIC, INC. d/b/a ATLANTIC
MACHINE TOOLS, INC.,

                        Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2019__
```

19 Civ. 3067 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff, Juan Carlos Chavez Moscayza, brings this action against Defendant, Haco-Atlantic, Inc. d/b/a Atlantic Machine Tools, Inc. Compl., ECF No. 1. It is unclear whether Plaintiff intended to file this action in the Southern or Eastern District of New York. *See* Compl. ¶ 2 ("Venue is proper in this district . . . because a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of New York."); *id.* ¶¶ 6–8 (alleging that the events that give rise to the suit occurred in Brooklyn, New York).

On April 8, 2019, the Court ordered Plaintiff to show cause in writing, by April 15, 2019, whether this action should be transferred. ECF No. 2. The Court stated that "if Plaintiff fails to respond within the time allowed, the Court shall transfer this case to the United States District Court for the Eastern District of New York." *Id.* Plaintiff has not responded.

Pursuant to 28 U.S.C. § 1391(b)(2), "[a] civil action may be brought in . . . a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." Plaintiff alleges that the underlying events occurred in the Eastern District of New York. *See* Compl. ¶¶ 2, 6–8.

Accordingly, it is hereby ORDERED that this action is transferred to the United States District Court for the Eastern District of New York.

SO ORDERED.

Dated: April 17, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge